No. D–959.   IN RE DISBARMENT OF BRAXTON.   It is ordered that Harry Hilliard Braxton, of Baltimore, Md., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.